IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL McCEE FOUNTAIN,

    Petitioner,                        No. CIV S-04-2350 GEB DAD P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.                     <u>ORDER</u>

_____/

        By order filed March 31, 2005, the court notified respondents that the state court transcripts have not been lodged with the court despite counsel's indication that the clerk's transcript in two volumes and the reporter's transcript in two volumes "are being lodged with this Court contemporaneous with the filing of Respondent's answer." (Resp'ts' Answer at 4, Resp'ts' Amended Answer at 4.) The court directed respondents to lodge the state court transcripts within sixty days. More than sixty days have passed, and the docket does not reflect that the transcripts have been lodged. Respondents will be ordered to lodge the transcripts and show cause for their failure to respond to the court's order.

        The court has received from petitioner a document addressed to the clerk of the court, with an attached exhibit. Petitioner's document was not accompanied by a proof of service. If petitioner wishes to expand the record to include an additional exhibit, he must file

and serve a motion in which he establishes the identity and authenticity of the document and demonstrates that the document should be included in the record in this case. See Rule 7, Fed. R. Governing § 2254 Cases.

Petitioner has also filed a document titled "Ex-Parte Motion to Produce Documents," requesting that the court order a hearing because of respondents' failure to lodge the state court transcripts. Attached to the motion are copies of out-of-circuit decisions concerning the procedure to be followed when respondents fail to file an answer to a habeas petition. The attached proof of service does not reflect service of the motion on respondents' counsel. The court will not entertain an ex parte motion. Moreover, the respondents in this case have not failed to file an answer to the habeas corpus petition and petitioner's authorities are therefore inapposite.

Petitioner is cautioned that all subsequent filings must include proof of service on respondents' counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Within ten court days from the date of this order, respondents shall (a) show good cause for their failure to respond to the court's order filed March 31, 2005, and (b) lodge the state court transcripts, consisting of the reporter's transcript in two volumes and the clerk's transcript in two volumes;

2. Petitioner's June 1, 2005 letter and exhibit will be disregarded; and

3. Petitioner's June 2, 2005 filing, titled a motion to produce documents but requesting that the court order a hearing, is denied.

DATED: June 27, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
foun2350.osc