IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARL McCEE FOUNTAIN,

    Petitioner,                  No. CIV S-04-2350 GEB DAD P

    vs.

JAMES YATES, Warden, et al.,

    Respondents.              ORDER

_____/

        By order filed June 28, 2005, the court ordered respondents to lodge the state court transcripts and show cause for their failure to respond to the court's previous order. Respondents have filed a timely response to the June 28, 2005 order and have lodged the state court transcripts. Good cause appearing, IT IS HEREBY ORDERED that the court's June 28, 2005 order to show cause is discharged.

DATED: July 14, 2005.

                                         /s/ Dale A. Drozd
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

DAD:13
foun2350.dch